

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00872-CV

**IN RE** SuEllen **HOEFLINGER-HOTCHKISS**

Original Mandamus Proceeding[1]

**ORDER**

On December 17, 2019, relator filed a petition for writ of mandamus. On January 21, 2020, the real parties in interest filed a response. After considering the petition, the response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 12, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018PC0587, styled *In the Estate of Gregory Lyle Hotchkiss a/k/a Gregory L. Hotchkiss, Deceased*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.